| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAR SINGH, | ) |
| Petitioner, | ) No. C 06-6155 MEJ |
| | ) |
| v. | ) **STIPULATION TO DISMISS AND** |
| | ) **[PROPOSED] ORDER** |
| DAVID STILL, District Director, | ) |
| U.S. Department of Homeland Security, *et al.*, | ) |
| | ) |
| Respondents. | ) |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate petitioner's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stip to Dismiss
C-06-6155 MEJ

1 | Date: November 9, 2006 | Respectfully submitted,

2 | | KEVIN V. RYAN
| | United States Attorney

3

4

5 | | /s/
| | ILA C. DEISS
| | Assistant United States Attorney

6 | | Attorneys for Respondents

7

8 | | /s/
9 | Date: November 9, 2006 | ROBERT BAIZER
| | Attorney for Petitioner

10

11 | | **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

13

14

15 | Date:  December 11, 2006 | _____
| | MARIA-ELENA JAMES
16 | | United States Magistrate Judge

17

Stip to Dismiss
C-06-6155 MEJ